**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Civ. No. 04-4358(DRD) |
| Respondent | : | Crim. No. 02-494(DRD) |
| | : | |
| v. | : | |
| | : | **O R D E R** |
| BARBARA GRAMS, | : | |
| | : | |
| Petitioner. | : | |

This matter having come before the Court on the motion of Barbara Grams, appearing *pro se*, for relief under 28 U.S.C. §2255; and the Court having considered the motion, the record of proceedings in this matter, and the Answer of the United States (Michael A. Hammer, Assistant U.S. Attorney, appearing), including the exhibits attached thereto; and for the reasons set forth in an opinion of even date;

**IT is this 14th day of June, 2005;**

**ORDERED** that the motion for relief pursuant to 28 U.S.C. §2255 is hereby DENIED; and it is further

**ORDERED** that the motion be and hereby is DISMISSED.

/ s / Dickinson R. Debevoise
DICKINSON R. DEBEVOISE
U.S.S.D.J.